IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ISHMAEL ARMAH | : | NO. 11-159-2 |

### ORDER

AND NOW, this 14th day of November, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Ishmael Armah for reconsideration of his sentence is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.